A CERTIFIED TRUE COPY

AUG 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4  AM 11: 19

DOCKET NO. 1657
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2005

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 17 2005

JAMES W. McCORMACK, CLERK
By: /s/ Williams
         DEP CLERK

4:05 cv 684 GH

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 832 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG -2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
AUG 8 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee
Process
Dktd
CRmDep
Doc. No

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  05-1054~~ | ~~Jeffrey L. Crook v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| ALN  2  05-1266 | Alvin Hudson v. Merck & Co., Inc. | 05-3345 |
| ALN  2  05-876 | Joslyn Brown, etc. v. Merck & Co., Inc. | 05-3346 |
| ALN  7  05-996 | Chamis Kimani, etc. v. Merck & Co., Inc., et al. | 05-3347 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-684 | Jerry Russell Langley, et al. v. Merck & Co., Inc. | 05-3348 |
| **ARKANSAS WESTERN** | | |
| ARW  1  05-1050 | Deltha King v. Merck & Co., Inc. | 05-3349 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-3722 | Russ Whitmeyer v. Merck & Co., Inc. | 05-3350 |
| CAC  2  05-3853 | Jake E. Baker, et al. v. Merck & Co., Inc. | 05-3351 |
| CAC  2  05-3854 | Robert Schwartz v. Merck & Co., Inc. | 05-3352 |
| CAC  2  05-3974 | Joe Obbema, et al. v. Merck & Co., Inc. | 05-3353 |
| CAC  2  05-3975 | Tony Ortega, et al. v. Merck & Co., Inc. | 05-3354 |
| ~~CAC  2  05-4025~~ | ~~Tommy Albright, et al. v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| CAC  2  05-4037 | John Thayer, et al. v. Merck & Co., Inc. | 05-3355 |
| CAC  2  05-4038 | Judith L. Oldham v. Merck & Co., Inc. | 05-3356 |
| CAC  8  05-350 | Jerry Kirby v. Merck & Co., Inc. | 05-3357 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-1027 | Shaun Perkins, et al. v. Merck & Co., Inc. | 05-3358 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-2349 | Kathy Edmonds, et al. v. Merck & Co., Inc., et al. | 05-3359 |
| CAN  5  05-2026 | Pauline Ferrell v. Merck & Co., Inc., et al. | 05-3360 |
| **FLORIDA MIDDLE** | | |
| FLM  2  05-276 | Geraldine Shedd, et al. v. Merck & Co., Inc., et al. | 05-3361 |
| FLM  3  05-530 | William P. Monahan, et al. v. Merck & Co., Inc. | 05-3362 |
| FLM  5  05-269 | Thomas M. McCulla, et al. v. Merck & Co., Inc. | 05-3363 |
| FLM  5  05-270 | Scott S. Gardner, et al. v. Merck & Co., Inc. | 05-3364 |
| FLM  6  05-856 | Michael Jackson v. Merck & Co., Inc. | 05-3365 |
| FLM  8  05-1054 | Susan M. Johnson v. Merck & Co., Inc. | 05-3366 |
| FLM  8  05-1055 | Mary Jane White, et al. v. Merck & Co., Inc. | 05-3367 |
| FLM  8  05-1056 | Finley F. Gable, Jr., et al. v. Merck & Co., Inc. | 05-3368 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-60924 | Margie Kay Marlow, et al. v. Merck & Co., Inc. | 05-3369 |
| FLS  0  05-60925 | Jerome E. Lord, et al. v. Merck & Co., Inc., et al. | 05-3370 |
| FLS  9  05-80495 | Ronald A. Smith v. Merck & Co., Inc., et al. | 05-3371 |
| FLS  9  05-80508 | Michelle Zichlin v. Merck & Co., Inc. | 05-3372 |
| **GEORGIA MIDDLE** | | |
| GAM  1  05-71 | Annie R. Kimbrel, etc. v. Merck & Co., Inc. | 05-3373 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN 1 05-1403 | Rusell Widener, etc. v. Merck & Co., Inc., et al. | 05-3374 |
| GAN 1 05-1404 | Gwendolyn Woods, etc. v. Merck & Co., Inc., et al. | 05-3375 |
| GAN 4 05-107 | Betty Burnette, etc. v. Merck & Co., Inc. | 05-3376 |
| **GEORGIA SOUTHERN** | | |
| GAS 2 05-106 | Malissia Chance v. Merck & Co., Inc. | 05-3377 |
| ~~GAS 2 05-107~~ | Gladys Danford v. Merck & Co., Inc.  New GAS C.A. # 5:05-46 | 05-3378 |
| GAS 2 05-108 | Mae Hill v. Merck & Co., Inc. | 05-3379 |
| GAS 2 05-109 | Raymond Cross v. Merck & Co., Inc. | 05-3380 |
| **IDAHO** | | |
| ID 1 05-215 | Constance Ruyle, et al. v. Merck & Co., Inc. | 05-3381 |
| ID 2 05-221 | William Lind v. Merck & Co., Inc. | 05-3382 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-3220 | Mark Bentley, et al. v. Merck & Co., Inc. | 05-3383 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 05-329 | Betty Sharkey v. Merck & Co., Inc. | 05-3384 |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3 05-324~~ | ~~William Andrew Curl, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW 3 05-332~~ | ~~Brenda Cox, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW 3 05-333~~ | ~~Patrick Wayne Overall, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW 3 05-334~~ | ~~James Goodman v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW 3 05-335~~ | ~~Steven Clark v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-831 | Maylene T. Lofton v. Merck & Co., Inc. | 05-3385 |
| **LOUISIANA WESTERN** | | |
| LAW 5 05-871 | Alice Rusell v. Merck & Co., Inc. | 05-3386 |
| **MARYLAND** | | |
| MD 1 05-1470 | Kelly A. Alder, et al. v. Merck & Co., Inc. | 05-3387 |
| MD 1 05-1563 | Leroy F. Lusby v. Merck & Co., Inc. | 05-3388 |
| **MINNESOTA** | | |
| MN 0 05-1048 | Barbara C. Persinger v. Merck & Co., Inc. | 05-3389 |
| MN 0 05-1049 | Kathleen Keating v. Merck & Co., Inc. | 05-3390 |
| MN 0 05-1050 | Jennette Fairchild v. Merck & Co., Inc. | 05-3391 |
| MN 0 05-1051 | David W. Baker v. Merck & Co., Inc. | 05-3392 |
| MN 0 05-1052 | Robert J. Ashley v. Merck & Co., Inc. | 05-3393 |
| MN 0 05-1064 | Carole Webb v. Merck & Co., Inc. | 05-3394 |
| MN 0 05-1065 | Lillian Bontrager v. Merck & Co., Inc. | 05-3395 |
| MN 0 05-1066 | Steve A. Olson v. Merck & Co., Inc. | 05-3396 |
| MN 0 05-1067 | Joyce Hammett v. Merck & Co., Inc. | 05-3397 |
| MN 0 05-1068 | Billy W. Stanaland v. Merck & Co., Inc. | 05-3398 |
| MN 0 05-1071 | Caroline E. Wisniewski v. Merck & Co., Inc. | 05-3399 |
| MN 0 05-1072 | Mary R. Zimmer v. Merck & Co., Inc. | 05-3400 |
| MN 0 05-1074 | William Rosen v. Merck & Co., Inc. | 05-3401 |
| MN 0 05-1075 | Louise J. Ragatz v. Merck & Co., Inc. | 05-3402 |
| MN 0 05-1076 | Philip P. McGuire v. Merck & Co., Inc. | 05-3403 |
| MN 0 05-1077 | Colleen L. Lavine v. Merck & Co. Inc. | 05-3404 |
| MN 0 05-1078 | Rodney L. Coy v. Merck & Co., Inc. | 05-3405 |
| MN 0 05-1079 | Eileen A. Feist v. Merck & Co., Inc. | 05-3406 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MN 0 05-1080 | Delores T. Ganje v. Merck & Co., Inc. | 05-3407 |
| MN 0 05-1100 | Jerald R. Gibson v. Merck & Co., Inc. | 05-3408 |
| MN 0 05-1101 | Francis J. Davis v. Merck & Co., Inc. | 05-3409 |
| MN 0 05-1102 | Susan Herrboldt v. Merck & Co., Inc. | 05-3410 |
| MN 0 05-1103 | Victor S. Sorenson v. Merck & Co., Inc. | 05-3411 |
| MN 0 05-1104 | Karen L. Castellese v. Merck & Co., Inc. | 05-3412 |
| MN 0 05-1105 | Lorri S. Book v. Merck & Co., Inc. | 05-3413 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-836 | Shirley Bailey, et al. v. Merck & Co., Inc., et al. | 05-3414 |
| MOE 4 05-838 | Charles Hagler, et al. v. Merck & Co., Inc., et al. | 05-3415 |
| ~~MOE 4 05-847~~ | ~~Harriet Aldridge, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| MOE 4 05-848 | Barbara Middleton, et al. v. Merck & Co., Inc., et al. | 05-3416 |
| MOE 4 05-866 | Shirley Martin v. Merck & Co., Inc. | 05-3417 |
| MOE 4 05-867 | Edna Stokes v. Merck & Co., Inc. | 05-3418 |
| MOE 4 05-869 | Dorothy Jackson v. Merck & Co., Inc. | 05-3419 |
| MOE 4 05-878 | Earlene McBride, et al. v. Merck & Co., Inc., et al. | 05-3420 |
| ~~MOE 4 05-879~~ | ~~Mona Swint, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE 4 05-880~~ | ~~Sam Fife, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE 4 05-881~~ | ~~Vanita Copeland, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| **MISSISSIPPI NORTHERN** | | |
| MSN 3 05-58 | Geraldine Guess, et al. v. Merck & Co., Inc. | 05-3421 |
| MSN 3 05-67 | Cynthia S. Grammer v. Merck & Co., Inc. | 05-3422 |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 05-222 | Patricia Copeland, etc. v. Merck & Co., Inc. | 05-3423 |
| **NEW JERSEY** | | |
| NJ 3 05-2525 | Midwest Operating Engineers Health & Welfare Fund v. Merck & Co., Inc. | 05-3424 |
| NJ 3 05-2733 | Phyllis Dirk, etc. v. Merck & Co., Inc. | 05-3425 |
| NJ 3 05-2734 | Ratko Zenzerovic v. Merck & Co., Inc. | 05-3426 |
| **NEW MEXICO** | | |
| NM 1 05-592 | Rose Jaramillo v. Merck & Co., Inc. | 05-3427 |
| NM 1 05-593 | Julie R. Jessen v. Merck & Co., Inc. | 05-3428 |
| NM 1 05-595 | Linda K. McGlinn v. Merck & Co., Inc. | 05-3429 |
| NM 1 05-598 | Frank Moya v. Merck & Co., Inc. | 05-3430 |
| NM 1 05-599 | Anna Marie Rodriguez v. Merck & Co., Inc. | 05-3431 |
| NM 1 05-625 | Matthew Carrasco v. Merck & Co., Inc. | 05-3432 |
| NM 2 05-594 | Christopher Wayne Carmickle v. Merck & Co., Inc. | 05-3433 |
| NM 2 05-627 | Cleo Paiz v. Merck & Co., Inc. | 05-3435 |
| NM 2 05-633 | Marie Martinez v. Merck & Co., Inc., et al. | 05-3436 |
| NM 6 05-596 | Michael Ely v. Merck & Co., Inc. | 05-3437 |
| NM 6 05-626 | Helen Keleher v. Merck & Co., Inc. | 05-3438 |
| NM 6 05-637 | Denise Gonzales v. Merck & Co., Inc., et al. | 05-3439 |
| **NEVADA** | | |
| ~~NV 2 05-599~~ | ~~Duane Allen Carlson, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 2 05-624~~ | ~~Patricia McArthur, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 2 05-625~~ | ~~Nina Baker, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 2 05-626~~ | ~~Amelia Santamaria, et al. v. Merck & Co., et al.~~ Opposed 8/2/05 | |
| ~~NV 2 05-628~~ | ~~Donald Ackworth, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 3 05-330~~ | ~~Eva Harmon, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 3 05-331~~ | ~~Fred Gladding, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 3 05-333~~ | ~~Terri Ignacio, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV 3 05-334~~ | ~~Sharon Himmel, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| ~~NV~~ | ~~3~~ | ~~05-335~~ | ~~Shawn Colegrove, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-336~~ | ~~Sean Regan, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-337~~ | ~~Clyde Frolich, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-338~~ | ~~Oscar Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-339~~ | ~~Laura Schaechtele, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-340~~ | ~~Diane McFarlin, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 05-2446 | Rosalie Garcia v. Merck & Co., Inc., et al. | 05-3440 |
| NYE | 1 | 05-2744 | Johnny Dingle v. Merck & Co., Inc. | 05-3441 |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 05-5420 | Andrew Montesano v. Merck & Co., Inc., et al. | 05-3442 |
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 05-1187 | Robert J. Nolan, et al. v. Merck & Co., Inc. | 05-3443 |
| OHN | 1 | 05-1198 | Cloteel J. Wade v. Merck & Co., Inc. | 05-3444 |
| OHN | 1 | 05-1201 | Connie T. White v. Merck & Co., Inc. | 05-3445 |
| OHN | 1 | 05-1205 | George Varouh v. Merck & Co., Inc. | 05-3446 |
| OHN | 1 | 05-1206 | Demetrios Kollias v. Merck & Co., Inc. | 05-3447 |
| OHN | 1 | 05-1210 | Beverly Williams v. Merck & Co., Inc. | 05-3448 |
| OHN | 1 | 05-1211 | Leroy Omerza, et al. v. Merck & Co., Inc. | 05-3449 |
| OHN | 1 | 05-1212 | Luis F. Tadrzak v. Merck & Co., Inc. | 05-3450 |
| OHN | 1 | 05-1213 | David B. Fender v. Merck & Co., Inc. | 05-3451 |
| OHN | 1 | 05-1214 | Dorothy Wiley v. Merck & Co., Inc. | 05-3452 |
| OHN | 1 | 05-1218 | Keith L. Jones, et al. v. Merck & Co., Inc. | 05-3453 |
| OHN | 1 | 05-1219 | Byron W. James, et al. v. Merck & Co., Inc. | 05-3454 |
| OHN | 1 | 05-1220 | Pamela S. Bentley, et al. v. Merck & Co., Inc. | 05-3455 |
| OHN | 1 | 05-1221 | Theodore J. Jenda, et al. v Merck & Co., Inc. | 05-3456 |
| OHN | 1 | 05-1222 | Andrew L. Barnes, et al. v. Merck & Co., Inc. | 05-3457 |
| OHN | 1 | 05-1225 | Darrek N. Norris, et al. v. Merck & Co., Inc. | 05-3458 |
| OHN | 1 | 05-1227 | Donald L. Moiser, et al. v. Merck & Co., Inc. | 05-3459 |
| OHN | 1 | 05-1228 | Ronald S. Barclay, et al. v. Merck & Co., Inc. | 05-3460 |
| OHN | 1 | 05-1230 | Paul Mundo, Jr., et al. v. Merck & Co., Inc. | 05-3461 |
| OHN | 1 | 05-1231 | Charlene Hutchings, et al. v. Merck & Co., Inc. | 05-3462 |
| OHN | 1 | 05-1232 | Robert C. Myers, et al. v. Merck & Co., Inc. | 05-3463 |
| OHN | 1 | 05-1233 | James Trusso, etc. v. Merck & Co., Inc. | 05-3464 |
| OHN | 1 | 05-1235 | Joseph Udovic, etc. v. Merck & Co., Inc. | 05-3465 |
| OHN | 1 | 05-1242 | Pamala S. Brewer v. Merck & Co., Inc. | 05-3466 |
| OHN | 1 | 05-1243 | Charles E. Reynolds, et al. v. Merck & Co., Inc. | 05-3467 |
| OHN | 1 | 05-1244 | Richard Pyne, et al. v. Merck & Co., Inc. | 05-3468 |
| OHN | 1 | 05-1245 | Richard A. Carle, et al. v. Merck & Co., Inc. | 05-3469 |
| OHN | 1 | 05-1246 | Linda E. Rader, et al. v Merck & Co., Inc. | 05-3470 |
| OHN | 1 | 05-1247 | Geraldine H. Butler, et al. v. Merck & Co., Inc. | 05-3471 |
| OHN | 1 | 05-1248 | Jackie L. Redinbaugh, et al. v. Merck & Co., Inc. | 05-3472 |
| OHN | 1 | 05-1249 | Johanna N. Risner v. Merck & Co., Inc. | 05-3473 |
| OHN | 1 | 05-1251 | John E. Feltovich, et al. v. Merck & Co., Inc. | 05-3474 |
| OHN | 1 | 05-1252 | Richard E. Farnsworth v. Merck & Co., Inc. | 05-3475 |
| OHN | 1 | 05-1253 | Estel C. Edwards, Sr. v. Merck & Co., Inc. | 05-3476 |
| OHN | 1 | 05-1254 | Mary Jane Gould, et al. v. Merck & Co., Inc. | 05-3477 |
| OHN | 1 | 05-1255 | Thomas Brant, et al. v. Merck & Co., Inc. | 05-3478 |
| OHN | 1 | 05-1256 | Elaine Pirtle, et al. v. Merck & Co., Inc. | 05-3479 |
| OHN | 1 | 05-1257 | Thomas Carroll, et al. v. Merck & Co., Inc. | 05-3480 |
| OHN | 1 | 05-1259 | Jeanette Danford, etc. v. Merck & Co., Inc. | 05-3481 |
| OHN | 1 | 05-1261 | Edna Gardner v. Merck & Co., Inc. | 05-3482 |
| OHN | 1 | 05-1262 | Byron Gilroy, etc. v. Merck & Co., Inc. | 05-3483 |

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| OHN | 1 | 05-1263 | Donald N. Cheffo, et al. v. Merck & Co., Inc. | 05-3484 |
| OHN | 1 | 05-1265 | Roy L. Daniels, et al. v. Merck & Co., Inc. | 05-3485 |
| OHN | 1 | 05-1266 | Jean E. Price v. Merck & Co., Inc. | 05-3486 |
| OHN | 1 | 05-1267 | Richard E. Tate, et al. v. Merck & Co., Inc. | 05-3487 |
| OHN | 1 | 05-1268 | Nicolaos Halkiadakis, et al. v. Merck & Co., Inc. | 05-3488 |
| OHN | 1 | 05-1269 | Dolores A. Fetterman, et al. v. Merck & Co., Inc. | 05-3489 |
| OHN | 1 | 05-1270 | David Prince, et al. v. Merck & Co., Inc. | 05-3490 |
| OHN | 1 | 05-1271 | Joseph M. Strawser v. Merck & Co., Inc. | 05-3491 |
| OHN | 1 | 05-1272 | Nick W. Tenaglia, et al. v. Merck & Co., Inc. | 05-3492 |
| OHN | 1 | 05-1274 | Joyce D. Vlasek, et al. v. Merck & Co., Inc. | 05-3493 |
| OHN | 1 | 05-1275 | Jean M. Gasner v. Merck & Co., Inc. | 05-3494 |
| OHN | 1 | 05-1276 | Barbara Haselow, etc. v. Merck & Co., Inc. | 05-3495 |
| OHN | 1 | 05-1277 | Elizabeth Marcincin v. Merck & Co., Inc. | 05-3496 |
| OHN | 1 | 05-1281 | Robert Arnold, et al. v. Merck & Co., Inc. | 05-3497 |
| OHN | 1 | 05-1282 | Barbara J. Burger, et al. v. Merck & Co., Inc. | 05-3498 |
| OHN | 1 | 05-1283 | Nelson Fuentes, et al. v. Merck & Co., Inc. | 05-3499 |
| OHN | 1 | 05-1284 | Hazel Hollowell v. Merck & Co., Inc. | 05-3500 |
| OHN | 1 | 05-1285 | Mary L. Hall, et al. v. Merck & Co., Inc. | 05-3501 |
| OHN | 1 | 05-1286 | Jenny Clark, et al. v. Merck & Co., Inc. | 05-3502 |
| OHN | 1 | 05-1288 | Thomas R. Hughes, et al. v. Merck & Co., Inc. | 05-3503 |
| OHN | 1 | 05-1289 | Allayne J. Carte v. Merck & Co., Inc. | 05-3504 |
| OHN | 1 | 05-1291 | Giuseppe Immorlica, et al. v. Merck & Co., Inc. | 05-3505 |
| OHN | 1 | 05-1292 | Dorothea E. Small, et al. v. Merck & Co., Inc. | 05-3506 |
| OHN | 1 | 05-1294 | Rosemarie Hughes, et al. v. Merck & Co., Inc. | 05-3507 |
| OHN | 1 | 05-1295 | Joyce Copeland, et al. v. Merck & Co., Inc. | 05-3508 |
| OHN | 1 | 05-1296 | Lowell L. Staker v. Merck & Co., Inc. | 05-3509 |
| OHN | 1 | 05-1297 | Frederick D. Foutz v. Merck & Co., Inc. | 05-3510 |
| OHN | 1 | 05-1298 | Michael Dorney, et al. v. Merck & Co., Inc. | 05-3511 |
| OHN | 1 | 05-1299 | Joseph L. Dillon, et al. v. Merck & Co., Inc. | 05-3512 |
| OHN | 1 | 05-1301 | James Moore, Jr. v. Merck & Co., Inc. | 05-3513 |
| OHN | 1 | 05-1302 | Elizabeth Kilgore v. Merck & Co., Inc. | 05-3514 |
| OHN | 1 | 05-1303 | Michael E. Nolan, et al. v. Merck & Co., Inc. | 05-3515 |
| OHN | 1 | 05-1304 | Ernest N. Maxwell, et al. v. Merck & Co., Inc. | 05-3516 |
| OHN | 1 | 05-1305 | Gloria D. Clark, et al. v. Merck & Co., Inc. | 05-3517 |
| OHN | 1 | 05-1306 | Martha W. Ogle, et al. v. Merck & Co., Inc. | 05-3518 |
| OHN | 1 | 05-1307 | Tammy Kimble v. Merck & Co., Inc. | 05-3519 |
| OHN | 1 | 05-1308 | Marion D. Scott, et al. v. Merck & Co., Inc. | 05-3520 |
| OHN | 1 | 05-1310 | Rose J. Kolar, et al. v. Merck & Co., Inc. | 05-3521 |
| OHN | 1 | 05-1311 | Earl M. Devinney, et al. v. Merck & Co., Inc. | 05-3522 |
| OHN | 1 | 05-1323 | Sheryll R. Macon v. Merck & Co., Inc. | 05-3523 |
| OHN | 1 | 05-1324 | Joseph P. Wilson, et al. v. Merck & Co., Inc. | 05-3524 |
| OHN | 1 | 05-1328 | Dale E. Jackson, et al. v. Merck & Co., Inc. | 05-3525 |
| OHN | 1 | 05-1329 | Mary Kasony v. Merck & Co., Inc. | 05-3526 |
| OHN | 1 | 05-1331 | Gary R. Lindsey, et al. v. Merck & Co., Inc. | 05-3527 |
| OHN | 1 | 05-1332 | Hattie E. Loudermilk, et al. v. Merck & Co., Inc. | 05-3528 |
| OHN | 1 | 05-1334 | Ildiko P. White, et al. v. Merck & Co., Inc. | 05-3529 |
| OHN | 1 | 05-1336 | Dennis Wasson, et al. v. Merck & Co., Inc. | 05-3530 |
| OHN | 1 | 05-1338 | Viola Shannon, et al. v. Merck & Co., Inc. | 05-3531 |
| OHN | 1 | 05-1339 | Mable J. Taylor v. Merck & Co., Inc. | 05-3532 |
| OHN | 1 | 05-1340 | Valerie L. Wallace v. Merck & Co., Inc. | 05-3533 |
| OHN | 1 | 05-1341 | Charlene M. Sparren v. Merck & Co., Inc. | 05-3534 |
| OHN | 1 | 05-1342 | John D. Rose v Merck & Co., Inc. | 05-3535 |
| OHN | 1 | 05-1343 | Shirley Stalter, et al. v. Merck & Co., Inc. | 05-3536 |
| OHN | 1 | 05-1344 | Rodney Stevenson, Sr., et al. v. Merck & Co., Inc. | 05-3537 |
| OHN | 1 | 05-1345 | Edward Styka v. Merck & Co., Inc. | 05-3538 |
| OHN | 1 | 05-1346 | Thomas M. Sayman, et al. v. Merck & Co., Inc. | 05-3539 |
| OHN | 1 | 05-1347 | Norman D. Robinson, et al. v. Merck & Co., Inc. | 05-3540 |
| OHN | 1 | 05-1348 | Mary E. Rosato, et al. v. Merck & Co., Inc. | 05-3541 |

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|---|---|
| OHN | 1 | 05-1349 | Raymond Simonelli v. Merck & Co., Inc. | 05-3542 |
| OHN | 1 | 05-1350 | Sarah Roberts v. Merck & Co., Inc. | 05-3543 |
| OHN | 1 | 05-1351 | Russell Robinson, et al. v. Merck & Co., Inc. | 05-3544 |
| OHN | 1 | 05-1352 | Margaret Varsho, et al. v. Merck & Co., Inc. | 05-3545 |
| OHN | 1 | 05-1353 | Robert M. Hensler, et al. v. Merck & Co., Inc. | 05-3546 |
| OHN | 1 | 05-1356 | Edwin J. Stiffler, Sr. v. Merck & Co., Inc. | 05-3547 |
| OHN | 1 | 05-1357 | Glenn E. Smith v. Merck & Co., Inc. | 05-3548 |
| OHN | 1 | 05-1358 | William F. Saintenoy, et al. v. Merck & Co., Inc. | 05-3549 |
| OHN | 1 | 05-1362 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-3550 |
| OHN | 1 | 05-1363 | Sam Rich, et al. v. Merck & Co., Inc. | 05-3551 |
| OHN | 1 | 05-1365 | Caroline J. Sanker, et al. v. Merck & Co., Inc. | 05-3552 |
| OHN | 1 | 05-1366 | Judith L. Ward, et al. v. Merck & Co., Inc. | 05-3553 |
| OHN | 1 | 05-1368 | Shirley Hensley, et al. v. Merck & Co., Inc. | 05-3554 |
| OHN | 1 | 05-1370 | Tawanda Demmings v. Merck & Co., Inc. | 05-3555 |
| OHN | 1 | 05-1371 | Richard Tock, et al. v Merck & Co., Inc. | 05-3556 |
| OHN | 1 | 05-1372 | Geraldine Mallory v. Merck & Co., Inc. | 05-3557 |
| OHN | 1 | 05-1373 | William S. Lederman v. Merck & Co., Inc. | 05-3558 |
| OHN | 1 | 05-1375 | Irene M. Lanese v. Merck & Co., Inc. | 05-3559 |
| OHN | 1 | 05-1376 | William T. Lemmon, et. al. v. Merck & Co., Inc. | 05-3560 |
| OHN | 1 | 05-1377 | Aldino O. Marini, et al. v. Merck & Co., Inc. | 05-3561 |
| OHN | 1 | 05-1378 | Russell R. Davidson, et al. v. Merck & Co., Inc. | 05-3562 |
| OHN | 1 | 05-1379 | Donald R. Crist, et al. v. Merck & Co., Inc. | 05-3563 |
| OHN | 1 | 05-1381 | David E. Lundgren, et al. v. Merck & Co., Inc. | 05-3564 |
| OHN | 1 | 05-1410 | Williard A. Facemire, et al. v. Merck & Co., Inc. | 05-3565 |
| OHN | 1 | 05-1421 | Albina J. Leonetti v. Merck & Co., Inc. | 05-3566 |
| OHN | 1 | 05-1430 | Stanton Lavelle, et al. v. Merck & Co., Inc. | 05-3567 |
| OHN | 1 | 05-1436 | Abraham A. Acoff, Sr. v. Merck & Co., Inc. | 05-3568 |
| OHN | 1 | 05-1439 | Aaron Dardzinski v. Merck & Co., Inc. | 05-3569 |
| OHN | 1 | 05-1441 | Lularene Benson v. Merck & Co., Inc. | 05-3570 |
| OHN | 1 | 05-1442 | Leona Adkins, et al. v. Merck & Co., Inc. | 05-3571 |
| OHN | 1 | 05-1443 | Henry Washington, et al. v. Merck & Co., Inc. | 05-3572 |
| OHN | 1 | 05-1445 | Luis Fussalva v. Merck & Co., Inc. | 05-3573 |
| OHN | 1 | 05-1447 | John J. Hatten, et al. v. Merck & Co., Inc. | 05-3574 |
| OHN | 1 | 05-1460 | Carl Burns v. Merck & Co., Inc., et al. | 05-3575 |
| OHN | 1 | 05-1461 | Keith A. Lange, et al. v. Merck & Co., Inc. | 05-3576 |
| OHN | 1 | 05-1462 | Hellen Sutton v. Merck & Co., Inc. | 05-3577 |
| OHN | 1 | 05-1463 | Virginia Bloomberg, et al v. Merck & Co., Inc. | 05-3578 |
| OHN | 1 | 05-1464 | Rosa Mizell v. Merck & Co., Inc. | 05-3579 |
| OHN | 1 | 05-1515 | Carol Moss, etc. v. Merck & Co., Inc. | 05-3580 |
| OHN | 1 | 05-1523 | Lee Johnson, et al. v. Merck & Co., Inc. | 05-3581 |
| OHN | 1 | 05-1524 | Marsha Moore, et al. v. Merck & Co., Inc. | 05-3582 |
| OHN | 1 | 05-1534 | Ethel M. Lowman v. Merck & Co., Inc. | 05-3583 |
| OHN | 1 | 05-1572 | Frank P. Jones, et al. v. Merck & Co., Inc. | 05-3584 |
| OHN | 3 | 05-1287 | Boykin Barnett, et al. v. Merck & Co., Inc. | 05-3585 |
| OHN | 3 | 05-1300 | Antoinette R. Evancho, et al. v. Merck & Co., Inc. | 05-3586 |
| OHN | 4 | 05-1420 | William Sanko v. Merck & Co., Inc. | 05-3587 |
| OHN | 4 | 05-1425 | Martin L. Malone, etc. v. Merck & Co., Inc. | 05-3588 |
| OHN | 4 | 05-1426 | Stephen J. Sopik v. Merck & Co., Inc. | 05-3589 |
| OHN | 4 | 05-1428 | Donna J. Tanferno, et al. v. Merck & Co., Inc. | 05-3590 |
| OHN | 4 | 05-1429 | Larry Rudell Walker v. Merck & Co., Inc. | 05-3591 |
| OHN | 4 | 05-1431 | Almajean Karlovic, et al. v. Merck & Co., Inc. | 05-3592 |
| OHN | 4 | 05-1432 | Raymond Ervin, Jr., et al. v. Merck & Co., Inc. | 05-3593 |
| OHN | 4 | 05-1433 | Matthew J. Pritchett, et al. v. Merck & Co., Inc. | 05-3594 |
| OHN | 4 | 05-1438 | Raymond J. Rubino, et al. v. Merck & Co., Inc. | 05-3595 |
| OHN | 4 | 05-1444 | Claude Tillery, et al. v. Merck & Co., Inc. | 05-3596 |
| OHN | 5 | 05-1435 | Shirley Belknap, et al. v. Merck & Co., Inc. | 05-3597 |
| OHN | 5 | 05-1437 | Nancy J. Kiger, et al. v. Merck & Co., Inc. | 05-3598 |
| OHN | 5 | 05-1440 | Harrison Sarver, et al. v. Merck & Co., Inc. | 05-3599 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO SOUTHERN** | | |
| OHS 1 05-373 | Irma Thompson, et al. v. Merck & Co., Inc. | 05-3600 |
| OHS 1 05-374 | Robert E. Maple v. Merck & Co., Inc. | 05-3601 |
| OHS 2 05-532 | Carley A. Cox v. Merck & Co., Inc. | 05-3602 |
| OHS 3 05-187 | William LeMaster, etc. v. Merck & Co., Inc. | 05-3603 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-226 | Michele Stuckey, et al. v. Merck & Co., Inc. | 05-3604 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-2079 | Alicia Smith v. Merck & Co., Inc., et al. | 05-3605 |
| PAE 2 05-2274 | Elvia Pompey v. Merck & Co., Inc., et al. | 05-3606 |
| PAE 2 05-2275 | Elaine Baylor v. Merck & Co., Inc., et al. | 05-3607 |
| PAE 2 05-2422 | Mary Brantner, et al. v. Merck & Co., Inc. | 05-3608 |
| PAE 2 05-2430 | Connie Ashby v. Merck & Co., Inc. | 05-3609 |
| PAE 2 05-2441 | Daniel Dougan, etc. v. Merck & Co., Inc. | 05-3610 |
| PAE 2 05-2442 | Shirley DeMary, etc. v. Merck & Co., Inc. | 05-3611 |
| PAE 2 05-2460 | Shawne Christian, etc. v. Merck & Co., Inc. | 05-3612 |
| PAE 2 05-2534 | Kathleen Gavlinski, etc. v. Merck & Co., Inc. | 05-3613 |
| PAE 2 05-2537 | Leland Lewis, etc. v. Merck & Co., Inc. | 05-3614 |
| PAE 2 05-2581 | Dewayne Cawley, etc. v. Merck & Co., Inc. | 05-3615 |
| PAE 2 05-2583 | Jerusha C. Bartay, etc. v. Merck & Co., Inc. | 05-3616 |
| PAE 2 05-2585 | David W. Almond, et al. v. Merck & Co., Inc. | 05-3617 |
| PAE 2 05-2586 | John W. Astle, et al. v. Merck & Co., Inc. | 05-3618 |
| PAE 2 05-2587 | Gregory L. Austin, et al. v. Merck & Co., Inc. | 05-3619 |
| PAE 2 05-2644 | Muriel Besefske, et al. v. Merck & Co., Inc. | 05-3620 |
| PAE 2 05-2646 | Barbara J. Bolick, et al. v. Merck & Co., Inc. | 05-3621 |
| PAE 2 05-2647 | Ajay K. Bansal, et al. v. Merck & Co., Inc. | 05-3622 |
| PAE 2 05-2648 | Arlene Belmore v. Merck & Co., Inc. | 05-3623 |
| PAE 2 05-2649 | Patrice Blaustein, et al. v. Merck & Co., Inc. | 05-3624 |
| PAE 2 05-2678 | Mary L. Bowman, et al. v. Merck & Co., Inc. | 05-3625 |
| PAE 2 05-2680 | Michael E. Hardwick, et al. v. Merck & Co., Inc. | 05-3626 |
| PAE 2 05-2692 | Gordon V. Carr, et al. v. Merck & Co., Inc. | 05-3627 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 1 05-174 | Thomas E. Folino, etc. v. Merck & Co., Inc. | 05-3628 |
| PAW 2 05-773 | Madeline K. Tamblyn, etc. v. Merck & Co., Inc. | 05-3629 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1146 | Earnestine L. Bills v. Merck & Co., Inc., et al. | 05-3630 |
| TNW 1 05-1154 | Lillian Olene Dawson, etc. v. Merck & Co., Inc. | 05-3631 |
| TNW 1 05-1155 | Austin B. Franks, et al. v. Merck & Co., Inc., et al. | 05-3632 |
| TNW 2 05-2391 | Susan Patricia Drake v. Merck & Co., Inc. | 05-3633 |
| TNW 2 05-2397 | Dorothy H. Grannis v. Merck & Co., Inc. | 05-3634 |
| **TEXAS EASTERN** | | |
| TXE 1 05-370 | Carol Jones v. Merck & Co., Inc. | 05-3434 |
| TXE 2 05-233 | Policarpio Alberto Madrid v. Merck & Co., Inc., et al. | 05-3635 |
| **TEXAS NORTHERN** | | |
| TXN 3 05-1010 | Maria Carmen Capote v. Merck & Co., Inc. | 05-3636 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-1956 | Johnnie M. Ray, et al. v. Merck & Co., Inc. | 05-3637 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW 1 05-381 | Laura Rojas v. Merck & Co., Inc. | 05-3638 |
| TXW 1 05-402 | Melvina Miller, et al. v. Merck & Co., Inc. | 05-3639 |
| TXW 1 05-419 | Edwin M. Richison, et al. v. Merck & Co., Inc. | 05-3640 |
| TXW 6 05-228 | Crystal Polk v. Merck & Co., Inc., et al. | 05-3641 |
| **UTAH** | | |
| UT 1 05-77 | Jerry A. Colvell, et al. v. Merck & Co., Inc. | 05-3642 |
| **VIRGINIA WESTERN** | | |
| VAW 1 05-47 | Burton Eugene Potter v. Merck & Co. Inc. | 05-3643 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1 05-459 | Willie Mae Davis, et al. v. Merck & Co., Inc. | 05-3644 |

# INVOLVED COUNSEL LIST (CTO-19)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

F. Wendell Allen
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

James T. Allison
Law Offices Of James T. Allison
100 North Main Bldg., Suite 2309
Memphis, TN 38103

Susan B. Altman
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Peter G. Angelos
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
P.O. Box 1147
Gulf Breeze, FL 32562-1147

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Denise Barton
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Sidney F. Beck, Jr.
Beck Law Firm, PC
P. O. Drawer 1310
Olive Branch, MS 38654-0310

Michael M. Berger
Lobl & Berger Law Offices
18455 Burbank Blvd., Suite 308
Tarzana, CA 91356

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Jeffrey Marc Braxton
Fernando L. Roig & Associates
312 S.E., 17th Street
Second Floor
Fort Lauderdale, FL 33316

Eugene W. Brees, II
Whitehurst, Harkness, Watson, London, et al.
P.O. Box 1802
Austin, TX 78767

John B. Briggs
Matthews & Steel
3575 Piedmont Road, NE
15 Piedmont Center, Suite 1560
Atlanta, GA 30305

Robert C. Brock
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, AL 26101-0270

Robert C. Brock
P.O. Box 270
Montgomery, AL 36101-0270

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David J. Caputo
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Andrew R. Carr, Jr.
Bateman, Gibson & Childers
Cotton Exchange Building
65 Union Avenue, Suite 1010
Memphis, TN 38103

Joseph Catalano, M.D
720 Hospital Drive
Shelbyville, KY 40065

Jeffrey W. Chambers
Ware, Jackson, Lee & Chambers, LLC
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Louis P. Chiozza Jr.
Chiozza & Associates
230 Adams Ave.
Memphis, TN 38103

Dawn M. Chmielewski
Climaco, Lefkowitz, Peca Wilcox
& Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

John R. Climaco
Climaco, Lefkowitz, Peca Wilcox
& Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891

D. Jeffrey Coale
P.O. Box 2572
Abingdon, VA 24212

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Daniel F. Crowley
Daniel Crowley & Associates
37 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404

William C. Cunningham
P.O. Box 624
Columbus, MS 39703

D. Frank Davis
Davis & Norris, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, AL 35205

Mark A. DiCello
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
St Louis, MO 63101

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Tony W. Edwards
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

Donald J. Feinberg
Feinberg & Silva
2000 Market Street, Suite 1805
Philadelphia, PA 19103

Dennis Lynd Fleming
2189 East Main Street
Stockton, CA 95205

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Anthony Gallucci
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114

Henry G. Garrard, III
Blasingame, Burch, Garrard, Bryant
& Ashley
440 College Avenue North
P.O. Box 832
Athens, GA 30603

W. Lewis Garrison, Jr.
Garrison, Scott, Gamble & Rosenthal, PC
P.O. Box 11310
2224 1st Avenue North
Birmingham, AL 35202

Scott A. George
Sheller, Ludwig & Badey
One Greentree Centre, Suite 201
Rte 73 & Greentree Road
Marlton, NJ 08053

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Alfred L. Green, Jr.
Butt, Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Richard H. Greener
Greener, Banducci & Shoemaker, P.A.
815 West Washington Street
Boise, ID 83702

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Stanley N. Harris
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Stephanie J. Hartley
Spohrer, Wilner, Maxwell & Matthews, PA
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Timothy C. Holm
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Joshua Katz
Lanahan & Reilley
3558 Round Barn Boulevard, Suite 300
Santa Rosa, CA 95403

Darla L. Keen
Lytal, Reiter, Clark, Fountain
& Williams, LLP
515 North Flagler Drive, Tenth Floor
P.O. Box 4056
West Palm Beach, FL 33402-4056

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Michael V. Kelley
Kelley & Ferraro, LLP
1300 East Ninth Street, Suite 1901
Cleveland, OH 44114

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Keith A. Lange
Lange Law Offices
15 North Detroit Street, Suite 1000
Kenton, OH 43326-1551

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

David Levenberg
Two Penn Center
1500 JKF Blvd., Suite 200
Philadelphia, PA 19102

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Kenneth W. Lewis
Bush, Lewis & Roebuck, P.C.
1240 Orleans Street
Beaumont, TX 77701

Phyllis Lile-King
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Charles V. Longo
25550 Chagrin Blvd., Suite 320
Beechwood, OH 44122

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

David Meany
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Howard F. Messer
Howard Messer & Associates
310 Grant Street
Suite 530, Grant Building
Pittsburgh, PA 15219-2301

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Nancy A. Mismash
Mismash & McDonough
136 S. Main, Suite 404
Salt Lake City, UT 84107

Patricia L. Mitchell
Shawn, Khorrami Law Offices
14550 Haynes Street, 3rd Floor
Van Nuys, CA 91411

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Thomas A. Outler
Rodey, Dickason, Sloan, Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103-1888

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

James M. Patton
Patton & Veigas PC
1200 20th Street, South, Suite 200
Birmingham, AL 32205

Alan H. Perer
Swensen, Perer, Johnson, et al.
Two Oliver Plaza, Suite 2710
Pittsburgh, PA 15222

M. Norwood Phillips
Shackleford, Phillips, Wineland & et al.
P.O. Box 1718
El Dorado, AR 71730-1718

Kristina Pickering
Morris, Pickering & Peterson
900 Bank of America Plaza
Las Vegas, NV 89101

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Carols A. Prietto, III
Robinson Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027

Rick L. Rose
Ray, Quinney & Nebeker
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Robert W. Rowan
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Suite 4D Barristers Building
West Palm Beach, FL 33401-2317

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Darrell Scott
Scott Law Group
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36104-4160

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

David Tao, M.D.
8006 Old Shepherdsville Rd.
Louisville, KY 40202

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Victoria Dizik Teremenko
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL 60602

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields
P.O. Box 829
Boise, ID 83701

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Mitchell A. Toups
Weller, Green, Toups & Terrell, LLP
2615 Calder, Suite 400
Beaumont, TX 77704

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Geroge T. Waddoups
Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Erik B. Walker
Hissey Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

J. White
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Peter M. Williamson
Williamson & Associates
13915 Panay Way, Suite 1
Marina del Rey, CA 90292

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Douglas L. Winston
Berger & Zavesky
1425 Rockefeller Building
614 West Superior Avenue
Cleveland, OH 44113

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
Franklin Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

Gary A. Zucker
Zucker & Ballen
16 Court Street, Suite 3100
Brooklyn, NY 11241

Lee H. des Bordes, Jr.
Hank Desbordes
7732 Goodwood Blvd., Suite A
Baton Rouge, LA 70806